D. Blair Clark (ISB #1367)
Jeffrey P. Kaufman (ISB #8022)
LAW OFFICES OF D. BLAIR CLARK PC
1509 Tyrell Lane, Suite 180
Boise, ID 83706
Phone: (208) 475-2050
Fax: (208) 475-2055
Email:  dbc@dbclarklaw.com
          Jeffrey@dbclarklaw.com

Wesley W. Hoyt (ISB #4590)
Attorney at Law
165 Deer Field Drive
Clearwater, ID 83552
Telephone: (208) 926-7553
Fax: (208) 926-7554
Email: hoytlaw@hotmail.com

Attorneys for Myrna P. Jensen

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. **18-00369-TLM** |
| **SCOTT A. JENSEN and KATHERINE ANN JENSEN** | Chapter **7** |
| Debtors. | |

**NOTICE OF APPEARANCE AND REQUEST TO BE INCLUDED ON MASTER MAILING LIST AND TO RECEIVE COPIES OF DOCUMENTS**

COMES NOW D. Blair Clark of LAW OFFICE OF D. BLAIR CLARK PC, and hereby enters an appearance on behalf of creditor MYRNA P. JENSEN and for attorney WESLEY W. HOYT.

Furthermore, the undersigned requests:

NOTICE OF APPEARANCE AND REQUEST  - Page 1
M:\MB\mbwork\Blair\Hoyt- Wes\Jensen- Scott\NOA.wpd