Erin J. Wynne
Wynne Law, PLLC
P.O. Box 1771
Boise, ID 83701
Telephone (208) 991-0791
Facsimile: (208) 473-2043
Email: erin@wynnelawidaho.com
ISB No. 7251

Attorney for Debtors

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF IDAHO**

|  |  |  |
|---|---|---|
| IN RE: | ) | Chapter 7 Bankruptcy |
|  | ) |  |
|  | ) | Case No.  18-00369-TLM |
|  | ) |  |
| SCOTT AND KATHERINE JENSEN, | ) | MOTION TO APPOINT |
|  | ) | GUARDIAN AD LITEM |
|  | ) | TO CO DEBTOR |
| Debtors. | ) | USB Rule 1004.4 |
|  | ) |  |

**MOTION TO APPOINT GUARDIAN AD LITEM TO CO DEBTOR**

**Notice of Motion to Appoint Guardian Ad Liten to Co-Debtor Under USB 1004.4 and for a Hearing**

<u>No Objection.</u> The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within fourteen (14) days of the date of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection</u>. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

<u>Hearing on Objection</u>. The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

MOTION TO APPOINT GUARDIAN AD LITEM TO CO-DEBTOR UNDER USB    1
1004.4

COMES NOW, Scott Jensen and Katherine Jensen, by and through their attorney Erin J. Wynne of the firm Wynne Law, PLLC, and hereby moves this court for an Order appointing Co-Debtor Katherine Jensen as Guardian Ad Litem to speak and represent Debtor Scott Jensen in all proceedings in this matter.

The reason for this Motion is Scott Jensen suffers from serious medical conditions resulting from severe Post Traumatic Stress Disorder. Documentation has previously been provided to the Chapter 7 Trustee in this matter from two doctors that treat Debtor Scott Jensen and they indicate that he is not fit to testify at the 341 Meeting of Creditors or any other proceeding in this matter. Debtor will not appear with Co-Debtor Katherine Jensen at the 341 Meeting of Creditors but instead has agreed that she will speak on his behalf, as she is completely familiar with his financial condition and affairs and she can assure the Court and Trustee as to the truthfulness of all facts. Debtors have agreed that Co-Debtor Katherine Jensen may be appointed and will speak on his behalf.

DATED this 29th day of June, 2018.

/s/ Erin J. Wynne
Erin J. Wynne
Attorney for Debtors

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on June 29, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- D Blair Clark    dbc@dbclarklaw.com, mbc@dbclarklaw.com;maryann@dbclarklaw.com;jeffrey@dbclarklaw.com;reception@dbclarklaw.com;jackie@dbclarklaw.com;ecf.dbclaw@gmail.com
- US Trustee    ustp.region18.bs.ecf@usdoj.gov
- Gary Rainsdon, Chapter 7 Trustee    trustee@filertel.com

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non- CM/ECF Registered Participants in the manner indicated:

Via First Class mail, postage prepaid addressed as follows:

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Scott Arthur Jensen
Katherine Ann Jensen
14760 E Kentucky Drive #315
Aurora, CO 80012

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Additionally, a copy of the foregoing was served on the below identified parties, from the mailing matrix obtained by the court website, by first class mail, postage prepaid:

None

Via certified mail, return receipt requested, addressed as follows:

None

/s/ Erin J. Wynne
Erin J. Wynne
Attorney for Debtors