# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: | Chapter 7 Bankruptcy |
| | Case No. 18-00369-TLM |
| SCOTT AND KATHERINE JENSEN, | |
| Debtors. | |

## ORDER TO APPOINT GUARDIAN AD LITEM TO CO DEBTOR

The Debtors having filed on June 13, 2018 a Motion to Appoint Guardian Ad Litem naming the Co-Debtor Katherine Jensen to be the Guardian Ad Litem for the Debtor and good cause appearing;

IT IS HEREBY ORDERED that Debtor's Motion shall be granted and Co Debtor Katherine Jensen is appointed as Guardian Ad Litem in this case.

IT IS SO ORDERED. //end of text//

DATED: August 9, 2018

TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE

Order Submitted by: Erin J. Wynne, Attorney for Debtors

1