**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re:<br><br>Scott Arthur Jensen<br>14760 E Kentucky Drive #315<br>Aurora, CO 80012<br><br>Social Security No.: xxx−xx−7961<br>Employer's Tax I.D. No.:<br><br>Debtor<br><br>Katherine Ann Jensen<br>14760 E Kentucky Drive #315<br>Aurora, CO 80012<br><br>Social Security No.: xxx−xx−5470<br>Employer's Tax I.D. No.:<br><br>Joint Debtor<br>_____ | Case Number:    18−00369−TLM<br><br>Chapter Number: 7 |

**ORDER DISALLOWING CLAIM(S) OF EXEMPTION**

The trustee in this case requested the Court not allow certain exemptions claimed by the debtor pursuant to 11 U.S.C. Section 522. Notice of the trustees request was sent to the debtor and a request for hearing has not been made within the time period allowed in that notice.

Based upon the foregoing and good cause appearing therefore, the following exemptions are DISALLOWED to the extent objected to by the trustee:

116 Jensen Lane, Stites, ID 83552

Dated: 10/17/18

Stephen W Kenyon
Clerk, U.S. Bankruptcy Court