Daniel C. Green (ISB No. 3213)
Heidi Buck Morrison (ISB No. 9396)
RACINE OLSON, PLLP
P. O. Box 1391
Pocatello, Idaho 83204
Phone: (208) 232-6101
Fax: (208) 232-6109
dan@racinelaw.net
hbm@racinelaw.net

*Attorneys for Gary L. Rainsdon*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>SCOTT ARTHUR JENSEN and<br>KATHERINE ANN JENSEN,<br><br>Debtors. | Case No. 18-369-TLM<br>(Chapter 7) |

**NOTICE OF SALE OF REAL ESTATE (116 JENSEN LANE, STITES, IDAHO 83552)**
**AND**
**NOTICE OF HEARING ON MOTION FOR APPROVAL OF SALE OF REAL ESTATE**

NOTICE IS HEREBY GIVEN that on the **8th day of April, 2019, at 1:30 p.m.**, MST, the Chapter 7 Trustee for the above-captioned bankruptcy estate, Gary L. Rainsdon (the "Trustee"), will hold an auction to determine if higher bids are available for the following real property:

116 Jensen Lane, Stites, Idaho 83552 (the "Property), more particularly described as:

**Township 31 North, Range 4 East, Boise Meridian, Idaho County, Idaho**
**Section 27:**

**A parcel of land located in the E½NW¼SE¼ of said Section 27, more particularly described as follows:**

**Commencing at the Northwest corner of the NW¼SE¼ of said Section 27 (C 1/4 corner), as shown on the Record of Survey filed as Inst. No. 363744;**
**thence N 89°05'31" E along the North boundary of said NW¼SE¼, 643.00 feet to the Northwest corner of said E½NW¼SE¼, said point being the True Point of Beginning;**

NOTICE OF SALE OF REAL ESTATE (116 JENSEN LANE, STITES, IDAHO 83552) AND NOTICE OF HEARING ON MOTION FOR APPROVAL OF SALE OF REAL ESTATE – Page 1

thence continuing N 89°05'31" E. 14.93 feet to a found 5/8" diameter rebar with aluminum cap attached stamped L.S. 5165;
thence S 00°09'15" W, 1085.53 feet to a point on the northerly right of way for Wall Creek Road, a 5/8"x30" rebar set with a plastic cap stamped L. S. 3627;
thence N 80°10'34" W along said right of way 14.99 feet to a point on the West boundary of said E½NW¼SE¼;
thence N 00°08'47" E along said West boundary 1082.73 feet to the True Point of Beginning.

AND

Township 31 North, Range 4 East, Boise Meridian, Idaho County, Idaho
Section 27:  W½NW¼SE¼

LESS a strip of land 50 feet wide, being 25 feet on each side of the following described center line of said highway as surveyed and shown on the official plat of the WPA Harpster Wahl Creek Road, more particularly described in Book 71 page 466 and recorded March 20, 1942 as follows:

Beginning at station 103+35 on the West boundary of the said NW¼SE¼ which station is 146 feet North of the Southwest corner of said NW¼SE¼;
thence S 76°33' E, 35 feet;
thence N 80°34' E, 394.6 feet;
thence N 60°39' E, 801.6 feet;
thence N 88°52' E, 878.8 feet;
thence S 58°45' E, 185.0 feet;
thence N 76°14' E, 254.3 feet;
thence N 58°48' E, 181.0 feet;
thence N 17°58' W, 169.5 feet;
thence N 34°00' E, 132.0 feet to station 133+80.5 on the section line between Sections 26 and 27, said Township and Range and which station is 434 feet South of the ¼ corner identical to said Sections 26 and 27.

ALSO LESS

Township 31 North, Range 4 East, Boise Meridian, Idaho County, Idaho
Section 27:

A parcel of land located in the W½NW¼SE¼, more particularly described as follows:

Starting point 60 feet West of the Eastern boundary and the North 1/2 Wahl Creek Road;
thence going West 193.06 feet;
thence North 340 feet;
thence East 193.06 feet;
thence South 340 feet to the original Point of Beginning.
Sometimes known as Assessor's Tax No. 132.

NOTICE OF SALE OF REAL ESTATE (116 JENSEN LANE, STITES, IDAHO 83552) AND NOTICE OF HEARING ON MOTION FOR APPROVAL OF SALE OF REAL ESTATE – Page 2

ALSO LESS

Township 31 North, Range 4 East, Boise Meridian, Idaho County, Idaho
Section 27:

A parcel of land located in the W½NW¼SE¼, more particularly described as follows:

Beginning at the Southwest corner of the NW¼SE¼;
thence 660.62 feet to the Southeast corner of the W½NW¼SE¼;
thence 188.5 feet to the South side of highway as surveyed and shown on the official plat of the WPA Harpster Wahl Creek Road, more particularly described in Book 71 page 466 and recorded March 20, 1942;
thence along the South side of said Road to a point 169.49 feet North of the Southwest Corner of the NW¼SE¼;
thence 169.49 feet South to the Point of Beginning.
Sometimes known as Assessor's Tax No. 135.

ALSO LESS

Township 31 North, Range 4 East, Boise Meridian, Idaho County, Idaho
Section 27:

A parcel of land located in the W½NW¼SE¼, more particularly described as follows:

Beginning at a point 219.49 feet North of the Southwest corner of the NW¼SE¼;
thence 476.5 North along the surveyed N. 00°24'46" E line;
thence East 140 feet;
thence South 136.5 feet parallel with N 00°24'46" E;
thence East 60 feet;
thence South again parallel (340') with line N 00°24'46" E to a point 200 feet East of the Point of Beginning along the North side of highway as surveyed and shown on the official plat of the WPA Harpster Wahl Creed Road, more particularly described in Book 71 page 466 and recorded March 20, 1942;
thence West along the North side of said county highway to the Point of Beginning.
Sometimes known as Assessor's Tax No. 144.

ALSO LESS

Township 31 North, Range 4 East, Boise Meridian, Idaho County, Idaho
Section 27:

A parcel of land located in the W½NW¼SE¼, more particularly described as follows:

Starting point 253.06 feet West of Eastern boundary and North 1/2 Wahl Creek Road, going West 207.56 feet, North 340 feet;

NOTICE OF SALE OF REAL ESTATE (116 JENSEN LANE, STITES, IDAHO 83552) AND NOTICE OF HEARING ON MOTION FOR APPROVAL OF SALE OF REAL ESTATE – Page 3

thence East 207.56 feet;
thence South 340 feet, to original point.
Sometimes known as Assessor's Tax No. 153.

ALSO LESS

Township 31 North, Range 4 East, Boise Meridian, Idaho County, Idaho
Section 27:

A parcel of land located in the W½NW¼SE¼, more particularly described as follows:

Beginning at a point 695.99 feet North of the Southwest corner of the NW¼SE¼;
thence 73.5 feet North along the surveyed N 00°24'46" line;
thence East 314 feet;
thence South 164 feet parallel with line N 00°24'46" E;
thence West 114 feet;
thence South 46 feet parallel with line N 00°24'46" E;
thence West 60 feet;
thence North 136.5 feet North parallel with line N 00°24'46" E;
thence West 140 feet to the Point of Beginning.
Sometimes known as Assessor's Tax No. 248.

       NOTICE IS ALSO HEREBY GIVEN that pursuant to 11 U.S.C. §§363(b), Federal Rules of Bankruptcy Procedure 2002(a) and 6004, and Local Bankruptcy Rule 2002.1, that the Trustee has requested the U.S. Bankruptcy Court, located at 550 W. Fort St., Boise, Idaho, in a Motion to Sell Real Property ("Motion"), for an Order approving the sale, which hearing will be held on the **8th day of April, 2019, at the hour of 1:30 p.m. (MST).** You may obtain a full copy of the Motion from the Clerk of the U.S. Bankruptcy Court or from the Trustee or Trustee's counsel. If you object to the sale, you must file a written objection with the U.S. Bankruptcy Court (550 W. Fort St., MSC 042, Boise, Idaho 83724) no later than **April 1, 2019.** You must also serve a copy upon Trustee (Gary L. Rainsdon, P. O. Box 506, Twin Falls, Idaho 83303). You may also attend the scheduled hearing and present your views or support your filed response.

    1.    **Type and Place of Auction and Hearing for Sale**.

| Public Auction: | Court Approval Hearing: |
|---|---|
| **April 8, 2019, at 9:00 a.m. (MST)** | **April 8, 2019, at 1:30 p.m. (MST)** |
| Bids shall be made VIA telephone commencing at the time stated above. The call in number and passcode will be provided to qualified bidders (described in Paragraph 3 below) prior to the commencement of the auction. | U.S. Bankruptcy Court<br>550 W. Fort St., 5th Floor<br>Boise, Idaho 83724 |

**NOTICE OF SALE OF REAL ESTATE (116 JENSEN LANE, STITES, IDAHO 83552) AND NOTICE OF HEARING ON MOTION FOR APPROVAL OF SALE OF REAL ESTATE – Page 4**

2.      **Material Terms of Sale**. The Property shall be sold to the highest bidder for not less than a gross purchase price of $46,000.00. The Trustee has received and accepted from The William R. Lane Family Trust Dated January 7, 2008, William R. Lane and Janet Lane, Co-Trustees (the "Buyer"), subject to higher bids and Court approval, an offer of $46,000.00. Closing will be held at the convenience of the parties or as soon after Court approval as possible.

3.      **Bidding Procedures**. The opening bid for the Property shall be $46,000.00. Any competing overbids shall start at $46,500.00. Minimum bid increments shall be $500.00. Bidders may bid in increments of more than $500.00 if desired. To participate in the auction, an overbidder must submit to the Trustee, at least prior to the start of the auction, certified funds in the amount of $4,000.00, payable to "Gary L. Rainsdon, Trustee." Should the overbidder be the winning bidder, these funds will be retained by the Trustee as a nonrefundable deposit for application against the purchase price at the closing or returned to the overbidder if the Bankruptcy Court does not approve the sale. The certified funds of unsuccessful bidders will be refunded to those parties after the auction.

4.      **Sale Free and Clear**. The Property will be sold subject to all liens, claims, and encumbrances.

5.      The Trustee has requested a finding by the Court that the Buyer of the Property is a good faith purchaser and will present evidence of the same at the hearing on the sale.

6.      THE SUBJECT PROPERTY SHALL BE SOLD AS- IS, WHERE-IS, AND WITHOUT WARRANTY OF ANY NATURE WHATSOEVER, EITHER EXPRESS OR IMPLIED, AND SUBJECT TO ALL LIENS, ENCUMBRANCES AND INTERESTS. This sale shall be effective immediately and the 14-day stay imposed by Fed. R. Bankr. P. 6004(h) and other rules are hereby waived.

7.      **Rule 9014.1 Notice**. Pursuant to Local Bankruptcy Rule 9014.1, the Trustee hereby provides notice that he intends to present evidence through either witnesses or documents at the hearing noticed above.

DATED this 27th day of February, 2019.

RACINE OLSON, PLLP


By: /s/ Daniel C. Green
        DANIEL C. GREEN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of February, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

D Blair Clark
dbc@dbclarklaw.com
mbc@dbclarklaw.com
maryann@dbclarklaw.com
jeffrey@dbclarklaw.com
reception@dbclarklaw.com
jackie@dbclarklaw.com
ecf.dbclaw@gmail.com

US Trustee
ustp.region18.bs.ecf@usdoj.gov

Gary L Rainsdon
trustee@filertel.com
id12@ecfcbis.com
lori@filertel.com
cblackburn@filertel.com
jhancock@filertel.com

Erin J Wynne
wynnelawidaho@gmail.com
wynneer66136@notify.bestcase.com

AND I FURTHER CERTIFY that on such date I served the foregoing on the parties listed on the **attached mailing matrix** and the following non-CM/ECF Registered Participants via first class mail, postage prepaid and addressed as follows:

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Scott Arthur Jensen
14760 E. Kentucky Drive, No. 315
Aurora, CO 80012

The William R. Lane Family Trust
c/o Wesley W. Hoyt
Attorney at Law
165 Deer Field Drive
Clearwater, Idaho 83552

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Katherine Ann Jensen
14760 E. Kentucky Drive, No. 315
Aurora, CO 80012

D. Blair Clark
LAW OFFICES OF D. BLAIR CLARK PC
1509 Tyrell Lane, Suite 180
Boise, Idaho 83706

/s/ Daniel C. Green
DANIEL C. GREEN

**NOTICE OF SALE OF REAL ESTATE (116 JENSEN LANE, STITES, IDAHO 83552) AND NOTICE OF HEARING ON MOTION FOR APPROVAL OF SALE OF REAL ESTATE – Page 6**

```
Label Matrix for local noticing         Advantage Financial Services        American Express National Bank
0976-1                                  10 S Cole Rd                        c/o Becket and Lee LLP
Case 18-00369-TLM                       Boise, ID 83709-0930                PO Box 3001
District of Idaho                                                           Malvern, PA 19355-0701
Boise
Thu Feb 21 11:05:43 MST 2019

Boise Utility Billing                   Bridgeway Health Services           CACH, LLC its successors and assigns as assi
P.O. Box 2600                           1032 S Bridgeway Pl, Ste 110        of First National Bank Omaha
Boise, ID 83701-2600                    Eagle, ID 83616-6099                Resurgent Capital Services
                                                                            PO Box 10587
                                                                            Greenville, SC 29603-0587

Cable One                               Cach, LLC                           Capital One Bank
8400 Westpark St,                       4340 S Monaco, 2nd Floor            P.O. Box 60599
Boise, ID 83704-8398                    Denver, CO 80237-3485               City of Industry, CA 91716-0599


Citicards CNBA                          D Blair Clark                       Collection Bureau, Inc.
701 E 60th St N                         1509 Tyrell Lane, Suite 180         719 1st Street South
Sioux Falls, SD 57104-0432              Boise, ID 83706-6658                Nampa, ID 83651-3858


Ennis Endocrinology Clinic              Daniel C Green                      I.C. System, Inc.
2450 E Gala St, Suite 100               POB 1391                            P.O. Box 64437
Meridian, ID 83642-4805                 Pocatello, ID 83204-1391            Saint Paul, MN 55164-0437


IdahoPower                              Internal Revenue Service            Katherine Ann Jensen
P.O. Box 70                             178 South Rio Grande St.            14760 E Kentucky Drive #315
Boise, ID 83707-0070                    Mail Stop 5021                      Aurora, CO 80012-3719
                                        Salt Lake City, UT 84101-1587


Myrna P. Jensen                         Scott Arthur Jensen                 Robert D Long
165 Deer Field Drive                    14760 E Kentucky Drive #315         Jordan & Co. CPA's
c/o Wesley W. Hoyt, Attorney            Aurora, CO 80012-3719               109 N Arthur, Ste 400
Clearwater, ID 83552-5054                                                   Pocatello, ID 83204-3105


Medicredit                              Mountain West Bank                  Nationwide Credit Inc
PO Box 1629                             PO Box 1059                         P.O. Box 14581
Maryland Heights, MO 63043-0629         Coeur D Alene, ID 83816-1059        Des Moines, IA 50306-3581


PRA Receivables Management, LLC         PYOD, LLC its successors and assigns as assi   (p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO Box 41021                            of Citibank, N.A.                              PO BOX 41067
Norfolk, VA 23541-1021                  Resurgent Capital Services                     NORFOLK VA 23541-1067
                                        PO Box 19008
                                        Greenville, SC 29602-9008


Professional Finance Com                Quantum3 Group LLC as agent for      Gary L Rainsdon
PO Box 7059                             Credit Corp Solutions Inc            POB 506
Loveland, CO 80537-0059                 PO Box 788                           Twin Falls, ID 83303-0506
                                        Kirkland, WA  98083-0788
```

```
S   R Heating and Cooling           St. Luke's                          The Pampered Chef
2151 W Lonesome Dove St             P.O. Box 2578                       Resurgent Capital Services
Meridian, ID 83646-9302             Boise, ID 83701-2578                PO Box 10368
                                                                        Greenville, SC 29603-0368


TruGrocer Federal CU                (p)US BANK                          US Trustee
P.O. Box 8145                       PO BOX 5229                         Washington Group Central Plaza
Boise, ID 83707-2145                CINCINNATI OH 45201-5229            720 Park Blvd, Ste 220
                                                                        Boise, ID 83712-7785


Erin J Wynne
Wynne Law, PLLC
P.O. Box 1771
Boise, ID 83701-1771
```

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Portfolio Recovery                  (d)Portfolio Recovery               (d)Portfolio Recovery Associates, LLC
120 Corporate Blvd, Ste 100         130 Corporate Blvd                  POB 12914
Norfolk, VA 23502                   Norfolk, VA 23502                   Norfolk VA 23541


U.S. Bank National Association
Bankruptcy Department
PO Box 108
St Louis, MO 63166-0108
```

            The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Amazon                           (d)American Express National Bank   (u)Dr. Judy Lam
                                    c/o Becket and Lee LLP
                                    PO Box 3001
                                    Malvern PA 19355-0701


(u)Idaho Arthritis                  (d)PRA Receivables Management, LLC  (d)Gary L Rainsdon
                                    PO Box 41021                        POB 506
                                    Norfolk, VA 23541-1021              Twin Falls, ID 83303-0506


End of Label Matrix
Mailable recipients    36
Bypassed recipients     6
Total                  42
```