Official Form 420A (Notice of Motion or Objection) (12/16)

# United States Bankruptcy Court
## District of Idaho

In re:

SCOTT ARTHUR JENSEN and
KATHERINE ANN JENSEN,

Debtors.

Address:

14760 E. Kentucky Drive, No. 315 Aurora, CO 80012

Last four digits of Social Security or Individual Tax-payer Identification
(ITIN) No(s).,(if any): 7961, 5470

Case No.
18-00369-TLM

Chapter:
Chapter 7

## NOTICE OF OBJECTION TO TRUSTEE'S MOTION TO SELL REAL PROPERTY (116 JENSEN LANE, STITES, IDAHO)

Katherine and Scott Jensen ("Debtors"), the Chapter 7 Debtors in the above matter, moves this Court to consider our views on the Trustee's Motion To Sell Real Property (116 Jensen Lane, Stites, Idaho)

1. We wish to inform the Court and Trustee that we no longer have legal council. Our Attorney Erin J Wynne has informed us that she no longer wants to offer her services in our bankruptcy matters.
    a. This puts us at a severe disadvantage to obtain fair council and provide any recourse to the proceedings of our bankruptcy.
    b. Because we now live in a different State than the filing State of the original bankruptcy papers, we are finding it difficult to qualify for legal aid in the State of Idaho.
    c. We do not possess or can acquire funds to hire or consult an attorney to help us in the matters of this bankruptcy.
    d. We request leniency and understanding of our lack of legal knowledge and correct terms.
2. We are confused by the proposed Fair Market Value of the sale.
    a. We are not fully aware why litigation pending (Case No. 17-694) over the ownership and title of the property should be considered in the proposed Fair Market Value.
    b. We have provided the deed and the letter drafted by Wes Hoyt that shows that Myrna signed over ownership of the property without any restrictions and for in perpetuity.
    c. Case No. 17-694 is in regards to an attempt to evict Myrna from the property so that bankruptcy could be avoided by allowing us to conduct a private sale of the property.

   i. In no way have we contacted her more than was necessary to first make her aware of our need to sell the property.
   ii. Because of her multiple refusals to allow access to the property to aid in a private sale, we were forced to initiate the eviction process.
   iii. Because of her access to pro-bono attorneys, one including the original attorney (Wes Hoyt) that drafted the ownership exchange of the property, we ran out of funds to continue the eviction process.
   iv. This in turn forced us into bankruptcy because we did not have access to any funds other than the value of the property.
   v. Myrna claims she is unable to pay attorney fees and has sought help from neighbors and friends to represent her pro-bono. Yet, she has found a way to set up a trust and propose a $46,000 purchase of the property.
   vi. We feel that Myrna is using unfounded threats and influence to hold us hostage to a low sale price of our property.
   d. We are also confused as to why discussion with a realtor in regards to current market conditions in the Treasure Valley, should have bearing in the market conditions of Idaho County and or specifically the County Assessors valuation of the property.
      i. The property is close to or over 11 acres of land.
      ii. Contains a water well that cost around $90,000 to drill.
      iii. Contains a 3,000 sq ft residence.
      iv. Online market searches for near by residences without a well, less acreage, and smaller residential homes are easily found in the $200,000 range.
   e. We are requesting a copy of Myrna's B 410 Proof of Claim that was submitted within the required 90 days of submittal for Proof of Claim forms.
   f. We are concerned that the auction of the property has not been advertised in any public forum. This could have a drastic outcome of the final sale price of the property.
3. We humbly request clarification on the above concerns and questions we have outlined.
4. We wish to request a temporary stay of the sale of the property until the above concerns can be addressed.

Date: Saturday, March 23, 2019

Signature: /s/ Katherine Jensen
Name: Katherine Ann Jensen
Address: 14760 E. Kentucky Drive, No. 315
Aurora, CO 80012

*Katherine AJ*