# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br><br>**SCOTT ARTHUR JENSEN and KATHERINE ANN JENSEN,**<br><br>Debtor. | **Case No. 18-00369-TLM**<br><br>**Chapter 7** |

# ORDER

Based on the Decision entered orally on this date and good cause appearing,

IT IS HEREBY ORDERED that Trustee's Motion to Sell Real Property, Doc. No. 63, is DENIED.

Additionally, Debtors are HEREBY ORDERED to amend their schedules and statements of financial affairs consistent with the Decision.

DATED: April 10, 2019

_____
TERRY L. MYERS
U.S. BANKRUPTCY JUDGE

ORDER - 1