Daniel C. Green (ISB No. 3213)
Heidi Buck Morrison (ISB No. 9396)
RACINE OLSON, PLLP
P. O. Box 1391
Pocatello, Idaho 83204
Phone: (208) 232-6101
Fax: (208) 232-6109
dan@racineolson.com
heidi@racineolson.com

*Attorneys for Gary L. Rainsdon*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>SCOTT ARTHUR JENSEN and KATHERINE ANN JENSEN,<br><br>Debtors. | Case No. 18-369-TLM<br>(Chapter 7) |

**TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 14 FILED BY THE INTERNAL REVENUE SERVICE**

TO:    Internal Revenue Service
          Attn: Maryann Proestakis
          178 South Rio Grande St.
          Mail Stop 5021
          Salt Lake City, UT 84101

**NOTICE OF OBJECTION TO CLAIM**

YOU ARE HEREBY NOTIFIED that the Trustee has filed an objection to the allowance of your claim (claim #14) filed on February 12, 2019 in this bankruptcy case.

YOU ARE FURTHER NOTIFIED that if you do not want the Court to eliminate or change your claim and you wish to contest with the Trustee's objection to your claim, a written reply to the objection, explaining your position, must be filed in duplicate within thirty (30) days from the date this objection is mailed. File the original (1) with the Clerk of the U.S. Bankruptcy Court,

**TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 14 FILED BY THE INTERNAL REVENUE SERVICE – Page 1**

James A. McClure Federal Building and United States Courthouse, 550 W. Fort St., Boise, Idaho and (2) a copy with the above-noted attorney for the Trustee.

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the end of the thirty (30) day period.

## OBJECTION

COMES NOW Gary L. Rainsdon, the Chapter 7 Trustee in the above captioned proceeding (hereafter "Trustee"), by and through his counsel of record, Heidi Buck Morrison of the law firm RACINE OLSON, PLLP, and hereby objections to the Proof of Claim filed by the Department of Treasury - Internal Revenue Service, dated February 12, 2019, as Claim 14 (the "Claim"). In support of his objection the Trustee states and alleges as follows:

## BACKGROUND

1. On March 29, 2018, Scott Arthur Jensen and Katherine Ann Jensen (the "Debtors") filed for relief under Chapter 7 (Doc 1).

2. On February 12, 2019, the IRS filed the Claim. (Claim No. 14-1 at 4).

3. The Claim indicates that the amounts owed under the Claim are for estimated income taxes for tax years 2013, 2014, 2015, 2016, and 2017. *Id*.

4. On August 9, 2018, by Order of this Court, Co-Debtor Katherine Jensen was appointed Guardian Ad Litem for Co-Debtor Scott Jensen. (Dkt. 43).

5. On September 10, 2018, Co-Debtor Katherine Jensen testified on behalf of both Debtors at the 341(a) Meeting of Creditors by telephone. (Dkt. 49).

6. During the 341(a) Meeting, the Trustee questioned Katherine regarding the Debtors' actions with respect to the filing of tax returns as follows:

**TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 14 FILED BY THE INTERNAL REVENUE SERVICE – Page 2**

> TRUSTEE: Do you file tax returns?
> DEBTOR: I have not, We have not filed for the last three years.
> TRUSTEE: What was the last year you filed a return?
> DEBTOR: I believe it was 2014.
> TRUSTEE: What is the reason you don't file?
> DEBTOR: The biggest reason is we don't make enough money.

Audio tape: Section 341(a) Meeting of Creditors, held by telephone by Trustee Gary L. Rainsdon (Sep. 10, 2018), at 10:08.

## GROUNDS FOR OBJECTION

The Claim should be disallowed to the extent the Claim represents estimated unpaid income tax obligations by the Debtor to the IRS, which are not actually owed. The Debtors testified at the 341(a) Meeting of Creditors that based on the amount of income they earn, they have not been required to file a tax return since, at least, 2015. Accordingly, the Claim should be disallowed to the extent that the estimated taxes stated in the Claim are not actually owed.

## CONCLUSION

Based upon the foregoing, the Trustee respectfully requests that the Court disallow the Claim.

DATED this 25th day of April, 2019.

>> RACINE OLSON, PLLP
>>
>> By: /s/ Heidi Buck Morrison
>>      HEIDI BUCK MORRISON

**TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 14 FILED BY THE INTERNAL REVENUE SERVICE – Page 3**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of April, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

D Blair Clark
dbc@dbclarklaw.com
mbc@dbclarklaw.com
maryann@dbclarklaw.com
jeffrey@dbclarklaw.com
reception@dbclarklaw.com
jackie@dbclarklaw.com
ecf.dbclaw@gmail.com

US Trustee
ustp.region18.bs.ecf@usdoj.gov

Gary L Rainsdon
trustee@filertel.com
id12@ecfcbis.com
lori@filertel.com
cblackburn@filertel.com
jhancock@filertel.com

Erin J Wynne
wynnelawidaho@gmail.com
wynneer66136@notify.bestcase.com

Additionally, a copy of the foregoing was served on the following parties by first class mail, postage prepaid, addressed to:

Scott Arthur Jensen
14760 E. Kentucky Drive, No. 315
Aurora, CO 80012

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Katherine Ann Jensen
14760 E. Kentucky Drive, No. 315
Aurora, CO 80012

Robert D Long
Jordan & Co. CPA's
109 N Arthur, Ste 400
Pocatello, ID 83204

/s/ Heidi Buck Morrison
HEIDI BUCK MORRISON